# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        CASE NO. 6:20-cr-10079-EFM

**FREDERICK L. MARTIN,**

      **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

Between August 19, 2020, and October 15, 2020, in the District of Kansas, the defendant,

**FREDERICK L. MARTIN,**

knowingly used, persuaded, induced, enticed, and coerced and attempted to use a minor, Minor Victim (an individual known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, and knowing and

having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means, in violation of Title 18 U.S.C. § 2251(a).

## COUNT 2

### Commission of certain felonies while required to register as a Sex Offender
### 18 U.S.C. § 2260A

Between August 19, 2020, and October 15, 2020, in the District of Kansas, the defendant,

### FREDERICK L. MARTIN,

while being required to register as a sex offender under Federal law and the law of the State of Kansas, committed a felony offense involving a minor under § 2251, to wit, the offense listed in Count 1 of this Indictment, in violation of Title 18 U.S.C. § 2260A.

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of 18 U.S.C. §§ 2251, as set out in Count 1 of this Indictment, the defendant, **FREDERICK L. MARTIN,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

a silver & black Apple iPhone, model A1662, IMEI: 358633071336859;

All pursuant to Title 18 U.S.C. § 2253 (a).

**A TRUE BILL.**

December 9, 2020  /s/ Foreperson
DATE  FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

It is requested that trial be held in
**WICHITA, Kansas**